PROB 12C
(7/93)

Report Date: September 25, 2015

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnny Andres Asuncion | Case Number: 0980 2:07CR02064-EFS-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 9, 2007

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance - Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 92 months;<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: February 14, 2014 |
| Defense Attorney: | Alison K. Guernsey | Date Supervision Expires: February 13, 2018 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 09/03/2015.

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: On September 14, 2015, Mr. Asuncion was found to be in possession of drug paraphernalia and a controlled substance by the Violent Offender Task Force, case number 15F00068.<br><br>The case is currently being reviewed by the U.S. Attorney's Office for prosecution.  No additional information is available at this time. |

Prob12C
**Re: Asuncion, Johnny Andres**
**September 25, 2015**
**Page 2**

|   |   |   |
|---|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On September 14, 2015, Mr. Asuncion admitted to smoking marijuana and using methamphetamine on a daily basis since September 1, 2015. The offender reviewed and signed an admission form acknowledging the aforementioned. Mr. Asuncion advised the reason he started using illegal substances was because he had recently separated from his girlfriend.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 25, 2015

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[  ]  No Action
[  ]  The Issuance of a Warrant
[  ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[  ]  Other

Signature of Judicial Officer
September 25, 2015
Date