PROB 12C
(6/16)

Report Date: January 4, 2018

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 10, 2018

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Johnny Andres Asuncion | Case Number: 0980 2:07CR02064-EFS-1 |

Address of Offender: Yakima County Jail

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 9, 2007

| | | |
|---|---|---|
| Original Offense: | Distribution of a Controlled Substance-Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>12/1/2015 | Prison - 12 months<br>TSR - Until February 13, 2018 | |
| Asst. U.S. Attorney: | Ben Seal | Date Supervision Commenced: July 29, 2016 |
| Defense Attorney: | Jeremy B. Sporn | Date Supervision Expires: February 13, 2018 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on December 7, 2016.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On April 11, 2017, an indictment was filed charging Mr. Asuncion with Possession with Intent to Distribute Methamphetamine, in the U.S. District Court for the Eastern District of Washington, cause number 1:17CR02015-EFS-1.<br><br>On August 2, 2016, supervised release conditions were reviewed and signed by Mr. Asuncion acknowledging his understanding of mandatory condition number 2, which prohibits him from committing another crime. The indictment alleges Mr. Asuncion being in possession with intent to distribute 50 grams or more of actual methamphetamine. On November 16, 2017, Mr. Asuncion was found guilty by jury as charged. |

Prob12C
**Re: Asuncion, Johnny Andres**
**January 4, 2018**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 4, 2018

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer
January 10, 2018
Date